B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Money Centers of America, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>23-2929364 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>601 S. Henderson Rd., Suite 153<br>King of Prussia, PA<br>ZIP CODE 19406 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Montgomery | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                 Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Money Centers of America, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Money Centers of America, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>   _____<br>   Telephone Number (if not represented by attorney)<br><br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>   _____<br>   (Printed Name of Foreign Representative)<br><br>   _____<br>   Date |
| **Signature of Attorney***<br><br>X *Kevin S. M*_____<br>   Signature of Attorney for Debtor(s)<br>   Kevin S. Mann (No. 4576)<br>   Printed Name of Attorney for Debtor(s)<br>   Cross & Simon, LLC<br>   Firm Name<br><br>   913 N. Market Street, 11th Floor<br>   Wilmington, DE 19801<br>   Address<br>   302-777-4200<br>   Telephone Number<br>   03/21/2014<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>   _____<br>   Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>   _____<br>   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *C. M Wolfe C*_____<br>   Signature of Authorized Individual<br>   Christopher Wolfington<br>   Printed Name of Authorized Individual<br>   Chairman and CEO<br>   Title of Authorized Individual<br>   03/21/2014<br>   Date |    _____<br>   Address<br><br>X _____<br>   Signature<br><br>   _____<br>   Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**Unanimous Written Consent of the Board of Directors**
**of**
**Money Centers of America, Inc.**

The undersigned, being all of the directors of **Money Centers of America, Inc.** (the "Company"), do hereby consent to and adopt the following resolutions as the action of the Board of Directors of the Company (the "Board"):

<u>Approval and Authorization of Filings Under Chapter 11 of the U.S. Bankruptcy Code</u>

**WHEREAS,** the Board has determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that management of the Company is authorized to file a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Christopher Wolfington, is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Christopher Wolfington, is authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith;

<u>General Authority</u>

**RESOLVED,** that any and all actions heretofore taken by Christopher Wolfington, in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Christopher Wolfington, is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this unanimous written consent has been executed by the undersigned members of the Board of the Company effective as of the 21st day of March, 2014.

_____
Christopher Wolfington, Director

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Money Centers of America, Inc., | ) | Case No.: 14- |
| | ) | |
| Debtor. | ) | |

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P 1007(d) for filing in this chapter 11 case. The list does not include (a) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (secured also state value security) |
|---|---|---|---|---|
| Corporate Commission of the Mille Lacs Band of Ojibwe Indians | c/o Michael M. Krauss, Esq. Faegre Baker Daniels LLP 2200 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402 | Judgment | Disputed | $5,623,690.83 |
| Ho-Chunk Nation | c/o Christianna L. Finnern, Esq. Winthrop & Weinstine, P.A. 3500 Capella Tower 225 South Sixth Street Minneapolis, MN 55402 | Judgment | Disputed | $4,780,000 |
| Duane Morris LLP ATTN: Payment Processing 30 South 17th St. Philadelphia, PA 19103-4196 | | Legal | | $1,588,728.14 |
| S1 Corporation 99944 Collection Center Drive Chicago,IL 60693 | | Trade Debt | | $529,578.18 |

| | | | | |
|---|---|---|---|---|
| State of California - Franchise Tax Board P.O. Box 942857 Sacramento, CA  94257-0511 | | Taxes | | $59,149.72 |
| Robert J Kratz & Co 145 West Lancaster Ave Paoli, PA 19301 | | Accounting | | $56,205.00 |
| L. Harris Partners 6900 Shady Oak Road, Suite 210 Eden Prairie, MN 55344 | | Trade Debt | | $33,210.00 |
| IPFS Corporation 24722 Network Place Chicago, IL 60673-1247 | | Trade Debt | | $32,990.96 |
| Aetna P.O. Box 7247-0221 Philadelphia, PA 19170-0221 | | Trade Debt | | $21,309.52 |
| RBSM LLP Accountants & Advisors 805 Third Avenue Suite 902 New York, NY    10022 | | Accounting | | $20,000.00 |
| New Mexico Taxation and Revenue Department P.O. Box 25127 Sante Fe, NM 87504-5127 | | Taxes | | $13.50 |
| Bart A. Lewin 50 Court Street, Suite 702 Brooklyn, NY 11201 | | Trade Debt | | $19,000.00 |
| Patterson Law Office, P.A. 5101 Thimsen Avenue, Suite 200 Minnetonka, MN 55345 | | Legal | | $13,948.52 |
| Esquire Deposition Solutions, LLC P.O. Box 846099 Dallas, TX 75284-6099 | | Trade Debt | | $13,681.62 |

| | | | | |
|---|---|---|---|---|
| TransPerfect Document Management, Inc. Three Park Avenue, 39th Floor New York, NY 10016 | | Trade Debt | | $13,098.17 |
| Golkow, Inc One Liberty Place 1650 Market Street Philadelphia, PA 19103 | | Trade Debt | | $9,507.91 |
| Louisiana Workforce Commission P.O. Box 60019 New Orleans, LA 70160-0019 | | Trade Debt | | $9,024.55 |
| Informed Systems P.O. Box 1313 Blue Bell, PA 19422 | | Trade Debt | | $8,926.70 |
| Elan Financial Services 1255 Corporate Drive, Suite 600 Irvine, TX 75038 | | Trade Debt | | $8,841.17 |
| State of Nevada 1550 College Parkway, Suite 115 Carson City, NV 89706-7937 | | Trade Debt | | $7,225.01 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Money Centers of America, Inc., | ) | Case No.: 14 - |
| | ) | |
| Debtor. | ) | |

## DECLARATION UNDER PENALTY OF PERJURY REGARDING
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Christopher Wolfington, Chairman and CEO of Money Centers of America, Inc., named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy or legal position of the Debtor.

Date: March 21, 2014

Signature: _____
Christopher Wolfington, Chairman and CEO

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Money Centers of America, Inc., | ) | Case No.: 14 - |
| | ) | |
| Debtor. | ) | |

**DECLARATION UNDER PENALTY OF PERJURY**
**REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, Christopher Wolfington, Chairman and CEO of Money Centers of America, Inc.,
named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I
have read the below List of Equity Security Holders and that it is true and correct to the best of
my information and belief.

Date: March 21, 2014

Signature:      _____
                Christopher Wolfington, Chairman and CEO

## List of Equity Security Holders

Warren Arthur
20 Andrew Bakter Drive
Mangere
New Zealand

Barry Bekkedam
1200 Liberty Ridge Drive
Suite 340
Wayne, PA 19087

Sandrah Booze
38015 Swede Heaven Road
Arlington, VA 98223

Brian Boyle
357 Highland Lane
Bryn Mawr, PA 19010

Brown, Loren
211 Sea Turtle Way
St Augustine, FL 32084

Summer Brustad
4929 Kappus Ave
Eau Claire, WI 54701-2910

Cede & Co
P.O. Box 222
Bowling Green Station
New York, NY 10274

James Danielewicz
315 Clermont Avenue
Stroudsburg, PA 18360

Joy Danielewicz
203 Clermont Avenue
Stroudsburg, PA 18360

Steven De Blasio
319 Bolton Lane
Downingtown, PA 19338

Demeo, Anthony
7155 NW 67th Way
Parkland, FL 33067

Wayne Di Marco
131 E Church Road
King Of Prussia, PA 19355

Marvin L Epstein
1140 E Ocean Blvd 123
Long Beach, CA 90802

Eyde, Sam
2800 Byron Circle
Lansig, MI 48912

Georgette Gallardo
P.O. Box 337
Old Highway 80
Jacumba, CA 91934

Jamie E Geske
5025 Collwood Way #26
San Diego, CA 92115

Rebecca Harrison
408 1st Street
Corning, CA 96021

Chris Howden
23 Roundwood Park
Harpenden Hertfordshire, Al53aq
England

Steven Earl Jarosh
1432 Quebec Avenue N
Golden Valley, MN 55427

Mark Krieg
5597 Pacifica Blvd #3402
Boca Raton, FL 33433

Thomas Scott Kruse
9856 Masked Duck Avenue
Las Vegas, NV 89117

Lake Street Gaming LLC
500 Lake Street
Haddon Heights, NJ 08036

Melvina L Leon
P.O. Box 525
42945 Old Highway 80
Jacumba, CA 91934

Timothy Mahoney
68 Cayman Place
Palm Beach Gardens, FL 33418

Mercantile Capital LP
300 East Lancaster Avenue
Suite 308
Wynnewood, PA 19096

Irene Molina
975 Sawmill Road
Bernalillo, NM 87004

Scott Nelson and Lori Nelson Jt Ten
(address unknown)

J Brian O'Neill
930 Stoke Road
Villanova, PA 19085

Peer, Donald
1464 Packanack Drive
Gouldsboro, PA 18424

James Pulver
4942 NW 23rd Court
Boca Raton, FL 33431

Casey E Rathburn
2582 Saddleback Street
Chula Vista, CA 91914

Leo Rishty
And Phyllis Rishty Jt Ten
2563 Jardin Lane
Weston, FL 33327

Leo Rishty
C/F Elisabeth V Brewster-Rosoff Utma/Fl
2563 Jardin Lane
Weston, FL 33327-1510

Leo Rishty
C/F Brittany F Rosoff Utma/Fl
2563 Jardin Lane
Weston, FL 33327-1510

Leo Rishty
C/F Julia G Brewster-Rosoff Utma/Fl
2563 Jardin Lane
Weston, FL 33327-1510

Leo Rishty
C/F Jesse M Rosoff Utma/Fl
2563 Jardin Lane
Weston, FL 33327-1510

Phyllis Roberta Rishty
2563 Jardin Lane
Weston, FL 33327-1510

Adam Runyan
17593 Middlelake Drive
Boca Raton, Fl 33496

Constance M Slewinski
W7030 Curt Black Road
Shawano, WI 54166

Jeremy Stein
2250 Nw 139th Avenue
Sunrise, FL 33323-

Ronald Stewart
Straths
Carndonagh, Co
Ireland

Jason P Walsh
2 Charles Street
Malvern, PA 19355

Ware, Claude
5726-G Foxhollow Drive
Boca Raton, FL 33486

Weinstein, Richard
9715 Tavernier Drive
Boca Raton, FL 33496

James Williams Jr
4201 Catherdral Avenue NW
Apt 601-E
Washington, DC 20016

Willis, Scott
2821 W Lake Vista Circle
Davie, FL 33328

Christopher M Wolfington
C/O Money Centers Of America
700 S Henderson Road #325
King Of Prussia, PA 19406

Christopher M Wolfington 2003 Grantor Ret
Annuity
Trust Dtd 12/31/03 Matthew A Taylor Ttee
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Harry J Wolfington
And Carol Ann Wolfington Jt Ten
535 Maison Place
Bryn Mawr, PA 19010

J Eustace Wolfington Jr
821 Spring Mill Road
Bryn Mawr, PA 19010

Sean Joseph Wolfington
1 Whitehorse Meadows
Malvern, PA 19355

## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE DISTRICT OF DELWARE

In re:                              )          Chapter 11
                                    )
Money Centers of America, Inc.,     )          Case No.: 14 –
                                    )
          Debtor.                   )
                                    )

## STATEMENT OF CORPORATE OWNERSHIP

I, Christopher Wolfington, Chairman and CEO of Money Centers of America, Inc., named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

        Cede & Co               39.6% of the Debtor's Class CS1 Shares
        P.O. Box 222
        Bowling Green Station
        New York, NY 10274

Date: March 21, 2014

                        Signature:_____
                            Christopher Wolfington, Chairman and CEO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Money Centers of America, Inc., | ) | Case No.: 14 - |
| | ) | |
| Debtor. | ) | |

## DECLARATION UNDER PENALTY OF
## PERJURY REGARDING CREDITOR MATRIX

Money Centers of America, Inc., the above-captioned debtor (the "Debtor"), filed a petition in this court on March 21, 2014 for relief under chapter 11 of the United States Bankruptcy Code.  Contemporaneously with the filing of the petitions, the Debtor filed a list of its creditors (the "Creditor Matrix"), a copy of which is attached hereto.

I, Christopher Wolfington, Chairman and CEO of the Debtor, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my information and belief.

Date:  March 21, 2014

Signature:  _____
Christopher Wolfington, Chairman and CEO

Corporate Commission of the Mille Lacs
Band of Ojibwe Indians
c/o Michael M. Krauss, Esq.
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Ho-Chunk Nation
c/o Christianna L. Finnern, Esq.
Winthrop & Weinstine, P.A.
3500 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402

Mercantile Refinance LP
Attn: Todd Kellerman
724 West Lancaster Avenue
Suite 104
Wayne, PA 19087

Baena Advisors LLC
Attn: John Ziegler
21 East 5th Avenue
Conshohocken, PA 19428

Aetna
P.O. Box 7247-0221
Philadelphia,  PA    19170-0221

AT&T Mobility
P.O. Box 6463
Carol Stream,  IL    60197-6463

ATM USA, LLC
2200 Gateway Centre Blvd,    Suite 220
Morrisville, NC 27560

Baker Donelson Bearman, Caldwell & Berkowitz, PC
Chase Floor Tower
450 Laurel St.
Baton Rouge, LA 70801

Bart A. Lewin
50 Court Street, Suite 702
Brooklyn,    NY    11201

Beacon Hill Staffing Group
152 Bowdoin Square
Boston, MA    02108

Berm Studios Inc.
P.O. Box 1275
Lansdowne,   PA   19050

Blue Cross Blue Shield of Louisiana - Group Payments
P.O. Box 650007
Dallas, TX   75265-0007

Business Law Southwest LLC
320 Gold Avenue SW, Ste 610
Albuquerque,   NM   87102-3299

Capitol Corporate Services, Inc.
15 East North Street
Dover, DE   19901

Citrix Online, LLC
7414 Hollister Avenue
Goleta, CA   93117

CIT Technology Fin Serv, Inc
21146 Network Place
Chicago,   IL   60673-1211

Comcast Cable
P.O. Box 3005
Southeastern,  PA   19398-3005

Corporation Service Company
P.O. Box 13397
Philadelphia,  PA   19101-3397

Count R GmbH
Albert- Einstein- Ring 1
14532 Kleinmachnow
Germany

CT Corporation
P.O. Box 4349
Carol Stream,  IL   60197-4349

Diebold, Inc.
P.O. Box 643543
Pittsburgh,   PA   15264-3543

Duane Morris LLP
ATTN: Payment Processing
30 South 17th St.
Philadelphia,  PA   19103-4196

Electronic Clearing House, Inc.
21215 Burbank Boulevard, Suite 300
Woodland Hills, CA   91367

Elan Financial Services
1255 Corporate Drive, Suite 600
Irvine, TX    75038

Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX    75284-6099

Excel Document Solutions
17 Richard Road
Ivyland,    PA    18974

Fantini Research
P.O. Box 1676
Dover, DE    19903-1676

FEDChex, LLC
2 Venture Dr., Suite 300
Irvine, CA    92618

FedEX
P.O. Box 371461
Pittsburgh,    PA    15250-7461

First Insurance Funding Corp
8075 Innovation Way
Chicago,    IL    60682

Foley & Lardner LLP
US Bank Center
777 East Wisconsin Avenue
Milwaukee,    WI    53202-5306

Golkow, Inc
One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Improcom, Inc
1803 Gravesend Neck Road
Brooklyn, NY    11229

Incorp Services, Inc.
P.O. Box 94438
Las Vegas,    NV    89193-4438

Informed Systems
P.O. Box 1313
Blue Bell,    PA    19422

IPFS Corporation
24722 Network Place
Chicago,    IL    60673-1247

John Hancock    Retirement Plan Services
P.O. Box 600
Buffalo,      NY      14201-0600


L. Harris Partners
6900 Shady Oak Road, Suite 210
Eden Prairie,   MN     55344


Louisiana Workforce Commission
P.O. Box 60019
New Orleans,    LA      70160-0019


Landmark Group Holdings, INC.
777 108th Ave NE, Suite 1670
Bellevue,       WA     98004


Liberty Mutual Insurance Group
P.O. Box 7247-0109
Philadelphia   PA     19170-0109


Marketwire Inc.
P.O. Box 848025
Los Angeles,    CA      90084-8025


Mesirow Insurance Services
353 North Clark St.
Chicago,       IL      60654


METLIFE
P.O. Box 804466
Kansas City, MO 64180-4466


Microsoft Corporation
P.O. Box 848025
Dallas, TX      75284-8025


Millstat, Inc.
P.O. Box 145
Wayne,  PA      19087


Minnesota Assigned Risk Plan
P.O. Box 86
SDS 12-2433
Minneapolis,   MN      55486-2433


Minnesota Revenue
Mail Station 1250
St Paul,      MN      55145-1250


N.A. Falcone & Associates, Inc.
Eight Neshaminy Interplex, Suite 107
Trevose, PA 19053


New Mexico Taxation & Revenue Department

P.O. Box 25127
Santa Fe, NM    87504-5127

New York Corporation Tax
Processing Unit
P.O. Box 22094
Albany, NY     12201-2094

New Jersey Department of Labor
Division of Employer Accounts
P.O. Box 059
Trenton,     NJ     08625-0059

New Mexico Taxation and Revenue Department
P.O. Box 25127
Sante Fe,     NM     87504-5127

Nevada Employment Security Division
Employment Security Division
Contributions Section
Carson City,   NV     89713-0030

Patterson Law Office, P.A.
5101 Thimsen Avenue, Suite 200
Minnetonka,    MN     55345

Pro Works Corporation
777 NE Second St.      Suite 300
Corvallis,     OR     97330

RBSM LLP Accountants & Advisors
805 Third Avenue      Suite 902
New York,    NY     10022

RML Properties, Inc.
P.O. Box 273
Bryn Mawr,    PA     19010

Robert J Kratz & Co
145 West Lancaster Ave
Paoli, PA 19301

Rodey, Dickason, Sloan, Akin & Robb
201 Third Street NW, #2200
Albuquerque,   NM     87102

Ronald J.  Moen
316 N. Robert Street
Saint Paul,    MN     55101

S1 Corporation
Attn: Accounts Receivable
99944 Collection Center Drive
Chicago,     IL     60693

Safeguard
P.O. Box 570216
Las Vegas,    NV     89157

Safeguard Business Systems
P.O. Box 88043
Chicago IL     60680-1043

Securcash Products, LLC
7709 Kendrick Crossing Lane
Louisville,    KY     40291

SFM Risk Solutions
3500 American Blvd West, Suite 700
Bloomington,    MN     55431

Smartbrief, Inc
P.O. Box 824098
Philadelphia,   PA     19182-4098

State Of Nevada
1550 College Parkway, Suite 115
Carson City,    NV     89706-7937

State of California - Franchise Tax Board
P.O. Box 942857
Sacramento,    CA     94257-0511

State Workers Insurance Fund
100 Lackawanna Avenue,
P.O. Box 5100
Scranton,     PA     18505-5100

Steinbeck Communications
10209 James Harbin Ave
Las Vegas,    NV     89129

The Law Office of Steven M. Janove, LLC
30 South 17th Street, 5th Floor
Philadelphia,   PA     19103

The Idea Factory
8430 West Lake Mead Boulevard, Suite 100
Las Vegas,    NV     89128

TransPerfect Document Management, Inc.
Three Park Avenue, 39th Floor
New York,    NY     10016

Unishippers
P.O. Box 2037
Medford Lakes,  NJ     08055-7037

Wisconsin Department Of Revenue
P.O. Box 930208
Milwaukee,    WI    53293-0208

Wisconsin Division of Gaming, OIGRC
Department of Administration
Drawer #622
Milwaukee,    WI    53293

Wisconsin Department of Revenue
P.O. Box 8901
Madison,    WI    53708-8901