**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                   Chapter 11

Money Centers of America, Inc.

    Debtor-in-Possession                          Case No. 14-10603-CSS

---

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

    As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

                                        ROBERTA A. DeANGELIS,
                                        **UNITED STATES TRUSTEE REGION THREE**

                                        /s/ David L. Buchbinder
                                        Thomas Patrick Tinker
                                        Assistant United States Trustee

DATED: April 3, 2014

Trial Attorney Assigned to Case: David L. Buchbinder
cc: Attorney for Debtor: Kevin Mann, Esq. Cross & Simon